Janine P. Reynard
P.O. Box 7506
Boise, Idaho  83707
Telephone:  (208) 410-8448
janine@reynardtrustee.com

Chapter 7 Bankruptcy Trustee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| In re: | Case No. 16-00839-JDP |
|---|---|
| JULIE M. ACARREGUI, | Chapter 7 |
| Debtor. | MOTION FOR ORDER APPROVING SALE BY TRUSTEE |

COMES NOW Janine P. Reynard, Trustee, and hereby moves the Court for an order approving the sale of the bankruptcy estate's interest in that certain Promissory Note and Real Estate Purchase and Sale Agreement, copies of which were attached to the Notice of Sale (Doc 156), which agreement is held in Escrow Account No. 2467 at Guaranty Title, Mountain Home, Idaho **("Subject Property")**.

The Subject Property is being sold to Steven Acarregui ("Buyer"), for the sum of $5,400.00 (Five Thousand Four Hundred Dollars). Trustee filed and served a Notice of Sale of Property by Trustee on December 16, 2019 (Doc 156) and no objections to said sale have been filed or received by Trustee. Trustee has not received any higher bids for the Subject Property. Buyer is prepared to close the sale of the Subject Property promptly upon entry of the Order approving the sale.

MOTION FOR ORDER APPROVING SALE BY TRUSTEE – PAGE 1

This motion is supported by an Affidavit on Trustee's Sale pursuant to Local Bankruptcy Rule 2002.1(b).

DATED this 27th day of January, 2020.

_____
JANINE P. REYNARD
Chapter 7 Bankruptcy Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individual(s) so noted below. I further certify that on the same day, I caused to be mailed via the United States Postal Service the foregoing document to the following non-CM/ECF Registered Participants listed below.

*Electronic Notification*

U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Matthew G. Bennett
mbennett@foleyfreeman.com

Robert A. Faucher
rfaucher@hollandhart.com

Matthew T. Christensen
mtc@angstman.com

Kelly Greene McConnell
litigation@givenspursley.com

Patrick Geile
pgeile@foleyfreeman.com

Lance E. Olsen
bknotice@mccarthyholthus.com

William L Bishop
BillB@w-legal.com

Holly Roark
holly@roarklawboise.com

And others as reflected on the court's CM/ECF notice.

*Served by U.S. MAIL*

Julie M. Acarregui
3510 NE June Ln
Mountain Home, ID 83647

Corbett Auctions & Appraisals
PO Box 191261
Boise, ID 83719

Recovery Management Systems Corp.
for Capital Recovery
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131

Steven Acarregui
3000 NE Scenic Valley
Mountain Home, ID 83647

Rachel A. Pulliam
Pulliam & Associates, Chartered
7235 W. Emerald Street, Ste. A
Boise, ID 83704

/s/ Janine P. Reynard
Janine P. Reynard

MOTION FOR ORDER APPROVING SALE BY TRUSTEE – PAGE 3