Janine P. Reynard
PO Box 7506
Boise, Idaho 83707
Telephone: (208) 410-8448
janine@reynardtrustee.com

Chapter 7 Bankruptcy Trustee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| In re: | Case No. 16-00839-JDP |
| --- | --- |
| JULIE M. ACARREGUI, | Chapter 7 |
| Debtor. | AFFIDAVIT OF TRUSTEE IN SUPPORT OF MOTION FOR ORDER APPROVING SALE BY TRUSTEE |

State of Idaho    )
                  : ss
County of Ada     )

JANINE P. REYNARD, having been duly sworn upon oath, deposes and states as follows:

1.   I am of legal age, competent to be a witness and personally familiar with the facts and circumstances stated herein.

2.   I am the duly-appointed Chapter 7 Bankruptcy Trustee ("Trustee") for the Chapter 7 Bankruptcy Case of Julie M. Acarregui ("Debtor"), in the United States Bankruptcy Court, District of Idaho, Case No. 16-00839-JDP ("Bankruptcy Case").

3.   As part of the administration of the Bankruptcy Case, I obtained and noticed up for sale the bankruptcy estate's interest in that certain Promissory Note and Real Estate Purchase

and Sale Agreement, which agreement is held in Escrow Account No. 2467 at Guaranty Title, Mountain Home, Idaho (**"Subject Property"**).

4. A Notice of Sale of Property by Trustee was filed and served upon all parties in interest on December 16, 2019 (Docket No. 156).

5. No objections to the sale were filed with the Court or received by Trustee.

6. Steven Acarregui, the Obligor under the Note and co-owner of the property (hereinafter, "Buyer"), is the high bidder for the Subject Property for the sum of $5,400.00 (Five Thousand Four Hundred Dollars).

7. The Buyer is prepared to close the sale of the Subject Property promptly upon entry of the Order approving the sale.

8. As part of the required documents for closing the sale of the Subject Property, an Order from the Court must be obtained approving and confirming Trustee's sale of the Subject Property.

9. Affiant submits this Affidavit pursuant to Local Bankruptcy Rule 2002.1(b).

Further your affiant sayeth naught.

DATED this 27th day of January, 2020.

                                                                          _____
                                                                          JANINE P. REYNARD
                                                                          Chapter 7 Bankruptcy Trustee

SUBSCRIBED AND SWORN to before me this 27th day of January, 2020.

                                                                          _____
                                                                          Notary Public for Idaho
                                                                          Residing at Boise, Idaho
                                                                          Commission expires: May 9, 2022

AFFIDAVIT OF TRUSTEE IN SUPPORT OF MOTION FOR ORDER APPROVING SALE BY TRUSTEE – PAGE 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individual(s) so noted below. I further certify that on the same day, I caused to be mailed via the United States Postal Service the foregoing document to the following non-CM/ECF Registered Participants either listed below or on the attached list.

*Electronic Notification*

U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Matthew G. Bennett
mbennett@foleyfreeman.com

Robert A. Faucher
rfaucher@hollandhart.com

Matthew T. Christensen
mtc@angstman.com

Kelly Greene McConnell
litigation@givenspursley.com

Patrick Geile
pgeile@foleyfreeman.com

Lance E. Olsen
bknotice@mccarthyholthus.com

William L Bishop
BillB@w-legal.com

Holly Roark
holly@roarklawboise.com

And others as reflected on the court's CM/ECF notice.

*Served by U.S. MAIL*

Julie M. Acarregui
3510 NE June Ln
Mountain Home, ID 83647

Corbett Auctions & Appraisals
PO Box 191261
Boise, ID 83719

Recovery Management Systems Corp.
for Capital Recovery
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131

Steven Acarregui
3000 NE Scenic Valley
Mountain Home, ID 83647

Rachel A. Pulliam
Pulliam & Associates, Chartered
7235 W. Emerald Street, Ste. A
Boise, ID 83704

_/s/ Janine P. Reynard_

AFFIDAVIT OF TRUSTEE IN SUPPORT OF MOTION FOR ORDER APPROVING SALE
BY TRUSTEE – PAGE 3