UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO
BOISE DIVISION

In Re: §
§
Julie M. Acarregui § Case No. 16-00839
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Janine P. Reynard, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 2,420,165.16                      Assets Exempt: 466,667.86
*(Without deducting any secured claims)*

Total Distributions to Claimants: 23,165.94        Claims Discharged
                                                    Without Payment: 0.00

Total Expenses of Administration: 21,690.58

---

3) Total gross receipts of $44,856.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $44,856.52 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $566,133.28 | $33,718.83 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 21,690.58 | 21,690.58 | 21,690.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,145,560.14 | 1,349,395.64 | 1,349,395.64 | 23,165.94 |
| **TOTAL DISBURSEMENTS** | $1,711,693.42 | $1,404,805.05 | $1,371,086.22 | $44,856.52 |

4)  This case was originally filed under chapter 7 on 06/28/2016.  The case was pending for 49 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/21/2020              By:/s/Janine P. Reynard
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 Polaris ATV | 1129-000 | 302.50 |
| 2003 Honda CRF230 Motorcycle | 1129-000 | 742.50 |
| 2006 Artic Cat M7 Snowmobile | 1129-000 | 605.00 |
| 2008 EX-Go Golf Cart & Trailer | 1129-000 | 1,800.00 |
| 2008 KTM 450 XCRW Motorcycle | 1129-000 | 38.50 |
| 2013 Polaris 800 Pro Snowmobile | 1129-000 | 3,000.00 |
| MFN Amer Funds x3741 (Cole's acct) | 1129-000 | 2,798.46 |
| MFN Amer Funds x6940 (Camryn's acct) | 1129-000 | 1,276.81 |
| MFN Amer Funds x9369 (Joseph's acct) | 1129-000 | 2,810.75 |
| Tika 270 Short mag rifle | 1129-000 | 400.00 |
| US Bank checking x9286 | 1129-000 | 100.00 |
| US Bank Checking/Savings (Acarregui) | 1129-000 | 34.00 |
| Wells Fargo check x9114 (Benzie) | 1129-000 | 100.00 |
| insider preference pymt | 1141-000 | 12,000.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Note re sale of Praire ID property | 1221-000 | 11,292.00 |
| SECURITY DEPOSITS | 1229-000 | 956.00 |
| Wedding ring | 1229-000 | 6,600.00 |
| TOTAL GROSS RECEIPTS | | $44,856.52 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Compass Bank, PO Box 797808 Los Angeles, CA 90051 | | 8,150.00 | NA | NA | 0.00 |
| | Ford Motor Credit Company, P.O. Box 790093 Saint Louis, MO 63179 | | 12,000.00 | NA | NA | 0.00 |
| | Itria Ventures, LLC, 462 Seventh Ave. 20th Floor New York, NY 10018 | | 100,471.28 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pueblo Bonito, Sunset Beach PO Box 150 Scottsdale, AZ 85252 | | 40,000.00 | NA | NA | 0.00 |
| | Quicken Loans, 1050 Woodward Ave Detroit, MI 48226 | | 324,213.00 | NA | NA | 0.00 |
| | USAA Federal Savings Bank, 10750 McDermott Freeway San Antonio, TX 78288-0570 | | 41,487.00 | NA | NA | 0.00 |
| | USAA Federal Savings Bank, PO Box 47504 San Antonio, TX 78288-7504 | | 5,893.00 | NA | NA | 0.00 |
| 1 | Bank of The West | 4210-000 | 33,919.00 | 33,718.83 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$566,133.28** | **$33,718.83** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janine P. Reynard | 2100-000 | NA | 4,000.00 | 4,000.00 | 4,000.00 |
| Janine P. Reynard | 2200-000 | NA | 964.05 | 964.05 | 964.05 |
| Guaranty Title, Inc. | 2500-000 | NA | 150.00 | 150.00 | 150.00 |
| Union Bank | 2600-000 | NA | 616.19 | 616.19 | 616.19 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Angstman Johnson PLLC | 3210-000 | NA | 13,105.50 | 13,105.50 | 13,105.50 |
| Angstman Johnson PLLC | 3220-000 | NA | 502.84 | 502.84 | 502.84 |
| Rachel A Pulliam | 3410-000 | NA | 670.00 | 670.00 | 670.00 |
| Corbett Auctions & Appraisals | 3610-000 | NA | 1,507.00 | 1,507.00 | 1,507.00 |
| Corbett Auctions & Appraisals | 3620-000 | NA | 175.00 | 175.00 | 175.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $21,690.58 | $21,690.58 | $21,690.58 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $NA | $NA | $NA | $NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allergan | | 6,595.00 | NA | NA | 0.00 |
| | Aurora Technical Consulting | | 1,035.00 | NA | NA | 0.00 |
| | Autosort, Inc. | | 2,837.00 | NA | NA | 0.00 |
| | Bk Of Amer | | 9,896.00 | NA | NA | 0.00 |
| | Bk Of Amer | | 27,106.00 | NA | NA | 0.00 |
| | GreatAmerica Financial Servi | | 20,518.00 | NA | NA | 0.00 |
| | Hall, Friedly & Ward | | 693.00 | NA | NA | 0.00 |
| | Her Life Magazine | | 1,103.00 | NA | NA | 0.00 |
| | Integra | | 0.00 | NA | NA | 0.00 |
| | ItriaVentureSilconValleyBank | | 93,972.00 | NA | NA | 0.00 |
| | Mood Muzak | | 148.00 | NA | NA | 0.00 |
| | NetFusion One | | 4,278.00 | NA | NA | 0.00 |
| | Raad Ghantous & Associates | | 950.00 | NA | NA | 0.00 |
| | Sonitrol | | 443.00 | NA | NA | 0.00 |
| | Wells Fargo Bank | | 141,600.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Bank, NA | | 34,887.14 | NA | NA | 0.00 |
| | Wells Fargo Visa | | 4,275.00 | NA | NA | 0.00 |
| | Wells Fargo Visa | | 12,087.00 | NA | NA | 0.00 |
| 5 | American Express Bank, FSB | 7100-000 | 7,112.00 | 7,496.67 | 7,496.67 | 128.70 |
| 6 | American Express Bank, FSB | 7100-000 | 17,630.00 | 18,597.62 | 18,597.62 | 319.28 |
| 2 | Bank of The West | 7100-000 | 4,335.00 | 4,334.89 | 4,334.89 | 74.42 |
| 9 | GreatAmerica Financial Services Corporation | 7100-000 | 23,784.00 | 52,293.46 | 52,293.46 | 897.76 |
| 7 | Greatwest Property Management, LLC | 7100-000 | NA | 6,508.06 | 6,508.06 | 111.73 |
| 8 | Meridian CenterCal, L.L.C. | 7100-000 | 142,394.00 | 438,829.30 | 438,829.30 | 7,533.66 |
| 4 | The Agency Creative Network Inc | 7100-000 | 8,620.00 | 8,619.38 | 8,619.38 | 147.97 |
| 3 | Wellness Capital Management | 7100-000 | 6,689.00 | 8,011.00 | 8,011.00 | 137.53 |
| 10 | Wells Fargo Bank, N.A. | 7100-000 | 16,473.00 | 16,394.51 | 16,394.51 | 281.46 |
| 11 | Wells Fargo Bank, N.A. | 7100-000 | 556,100.00 | 788,310.75 | 788,310.75 | 13,533.43 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $1,145,560.14 | $1,349,395.64 | $1,349,395.64 | $23,165.94 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 16-00839 | JDP | Judge: | Jim D. Pappas | Trustee Name: | Janine P. Reynard |
|---|---|---|---|---|---|---|
| Case Name: | Julie M. Acarregui | | | | Date Filed (f) or Converted (c): | 06/28/2016 (f) |
| | | | | | 341(a) Meeting Date: | 07/28/2016 |
| For Period Ending: | 07/21/2020 | | | | Claims Bar Date: | 12/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3510 NE June Lane, Mountain Home ID | 400,000.00 | 44,249.00 | OA | 0.00 | FA |
| 2. 2016 Mercedes SL400 leased | 90,000.00 | 0.00 | | 0.00 | FA |
| 3. 1997 Ford F250 | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. 2012 Harley FLTR | 8,000.00 | 0.00 | | 0.00 | FA |
| 5. 2009 KZ Inferno 4012 | 30,000.00 | 0.00 | | 0.00 | FA |
| 6. 2008 KTM 450 XCRW Motorcycle | 100.00 | 100.00 | | 38.50 | FA |
| 7. 2003 Honda CRF230 Motorcycle | 500.00 | 500.00 | | 742.50 | FA |
| 8. 2013 Polaris 800 Pro Snowmobile | 500.00 | 500.00 | | 3,000.00 | FA |
| 9. 2006 Artic Cat M7 Snowmobile | 200.00 | 200.00 | | 605.00 | FA |
| 10. 2002 Polaris ATV | 200.00 | 200.00 | | 302.50 | FA |
| 11. 2008 EX-Go Golf Cart & Trailer | 1,000.00 | 1,000.00 | | 1,800.00 | FA |
| 12. HOUSEHOLD GOODS AND FURNISHINGS | 5,350.00 | 0.00 | | 0.00 | FA |
| 13. Remington 870 12 gauge shotgun | 100.00 | 0.00 | | 0.00 | FA |
| 14. 10/22 Ruger rifle | 50.00 | 0.00 | | 0.00 | FA |
| 15. Tika 270 Short mag rifle | 250.00 | 250.00 | | 400.00 | FA |
| 16. .22 rifle (chipmunk gun) | 25.00 | 0.00 | | 0.00 | FA |
| 17. WEARING APPAREL | 750.00 | 0.00 | | 0.00 | FA |
| 18. Miscellaneous jewelry, costume jewelry, Ernst Enz watch (500 | 600.00 | 0.00 | | 0.00 | FA |
| 19. US Bank checking x9286 | 0.00 | 100.00 | | 100.00 | FA |
| 20. US Bank Checking & Savings Acarregui dba Professional Anesth | 1,560.66 | 0.00 | | 0.00 | FA |
| 21. US Bank Professional Anesthesia Services, Inc. checking x 86 | 0.00 | 0.00 | | 0.00 | FA |
| 22. US Bank Checking/Savings (Acarregui) | 139.72 | 34.93 | | 34.00 | FA |
| 23. Wells Fargo checking (Pure Health Image & Lifestyle Center) | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-00839 | JDP | Judge: | Jim D. Pappas | Trustee Name: | Janine P. Reynard |
|---|---|---|---|---|---|---|
| Case Name: | Julie M. Acarregui | | | | Date Filed (f) or Converted (c): | 06/28/2016 (f) |
| | | | | | 341(a) Meeting Date: | 07/28/2016 |
| For Period Ending: | 07/21/2020 | | | | Claims Bar Date: | 12/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. Wells Fargo check x9114 (Benzie) | 0.00 | 100.00 | | 100.00 | FA |
| 25. PURE (bank account) | 0.00 | 0.00 | | 0.00 | FA |
| 26. 401(k) Smith Barney/Morgan Stanley | 138,965.00 | 0.00 | | 0.00 | FA |
| 27. LPL Financial | 159,815.00 | 0.00 | | 0.00 | FA |
| 28. MFN Franklin Templeton | 9,032.00 | 0.00 | | 0.00 | FA |
| 29. MFN Amer Funds x9369 (Joseph's acct) | 20,681.00 | 2,810.75 | | 2,810.75 | FA |
| 30. MFN Amer Funds x3741 (Cole's acct) | 20,681.00 | 2,798.46 | | 2,798.46 | FA |
| 31. MFN Amer Funds x6940 (Camryn's acct) | 7,252.00 | 1,276.81 | | 1,276.81 | FA |
| 32. term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 33. Possible claim against ex-spouse for not paying share of div | 0.00 | 0.00 | | 0.00 | FA |
| 34. Possible claim against rental properties for failure to retu | Unknown | 0.00 | | 0.00 | FA |
| 35. Personal property/furniture/misc equipment (corporate entiti | 20,000.00 | 0.00 | | 0.00 | FA |
| 36. Lazer, related items | 35,000.00 | 0.00 | | 0.00 | FA |
| 37. Note re sale of Praire ID property (u) | 12,000.00 | 12,000.00 | | 11,292.00 | FA |
| 38. Possible interest in "family farm" real property with brothe (u) | 0.00 | 0.00 | | 0.00 | FA |
| 39. Wedding ring (u) | 12,000.00 | 4,000.00 | | 6,600.00 | FA |
| 40. Pure, Inc. (u) | 0.00 | 0.00 | | 0.00 | FA |
| 41. Pure Health Image and Lifestyle Center, Inc. (u) | 0.00 | 0.00 | | 0.00 | FA |
| 42. Professional Anesthesia Services, Inc. (u) | 0.00 | 0.00 | | 0.00 | FA |
| 43. SECURITY DEPOSITS (u) | 2,000.00 | 2,000.00 | | 956.00 | FA |
| 44. Child support $340.60/month (u) | 340.60 | 0.00 | | 0.00 | FA |
| 45. Agricultural land sale (u) | 1,900,000.00 | 0.00 | | 0.00 | FA |
| 46. Timeshare joint ownership | 42,500.00 | 0.00 | | 0.00 | FA |
| 47. insider preference pymt | 12,000.00 | 12,000.00 | | 12,000.00 | FA |

|  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,933,091.98 | $84,119.95 | $44,856.52 |
|  |  |  | $0.00 |
|  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7.18.16 Refer case to UST
seek extension of 727 deadline -- granted until 11/30/16 (Doc 21 & 24), stip to extend again until 1/20/17 (Doc 43 & 45)
1.20.17 -- 727 Complaint filed, Answer due 2.22.17 -- 12.6.17 oral ruling court DENIED DEBTOR A DISCHARGE
insider pref to mom 12k
note receivable re sale of Prairie prop 18k
bank acct funds?
tax refunds?
2.3.17 substitution of counsel Foley for Wilson
DISCHARGE DENIED AFTER 727 TRIAL
Jan 2018 work on compromise of Note payment
Jan 2018 awaiting receipt of funds from debtor re non-exempt 529s and bank account funds
employ accountant
work on potential compromise of Note -- discussions with Steve Acarregui
Dec 2018 -- work on settlement agreement; evaluate costs of same re escrow account
follow-up with accountant re comp
Nov 2019 -- another settlement offer to sa re prairie real property
abandon other RP
Agreement reached with SA re note; prepare and file Notice of Sale
awaiting order by court to finalize sale through title company
Order entered -- close transaction through Guaranty Title
await final deposit to clear, then finalize TFR
3.6.20 TFR to UST
4.2.20 TFR filed with court
7.18.20 work on TDR, need it to reflect no debts discharged
7.21.20 TDR to UST


| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | work on saleable value of property after estimating costs of sale; abandon estate interest in real property based upon de minimus value after liens and costs of sale.; Notice and Order re Abandonment (Doc Nos 150 & 157) |
| RE PROP # | 2 | -- | vehicle lease, no liquid value |
| RE PROP # | 4 | -- | awarded to ex in divorce, but db has to make pymts; Amended Sch B says no prop interest in Harley (Doc 83) |
| RE PROP # | 6 | -- | Report of Sale (Doc 115) |
| RE PROP # | 7 | -- | Report of Sale (Doc 115) |
| RE PROP # | 9 | -- | Report of Sale (Doc 115) |
| RE PROP # | 10 | -- | Report of Sale (Doc 115) |
| RE PROP # | 13 | -- | debtor could not locate this item for turnover to ttee |
| RE PROP # | 14 | -- | debtor could not locate this item for turnover to ttee |
| RE PROP # | 16 | -- | broken, no saleable value |
| RE PROP # | 20 | -- | confirmed business entity acco0unt, not personal acct/not property of estate |
| RE PROP # | 21 | -- | business asset, secured by WF |

| | | | |
|---|---|---|---|
| RE PROP # | 23 | -- | business asset, secured by WF |
| RE PROP # | 25 | -- | business asset, secured by WF |
| RE PROP # | 29 | -- | Objection to exemption by ttee and creditor (Doc 46 & 47); Amended Sch C removing IC 55-1011 & 11-604A and adding 75% exempt under IC 11-207 (Doc 54); Second Objections by ttee and creditor (Doc 58 & 61); Amended Sch C re-adding IC 11-604A (Doc 65); Third Objection to amended exemptions (Doc 80); Amended Sch B/C decreasing value of accts as POE and eliminating 11-207 exemption (Doc 83); Memorandum Decision and Order in favor of Trustee that portion of 529 account is property of the estate and must be turned over (Doc 113 & 114) |
| RE PROP # | 30 | -- | Objection to exemption by ttee and creditor (Doc 46 & 47); Amended Sch C removing IC 55-1011 & 11-604A and adding 75% exempt under IC 11-207 (Doc 54); Second Objections by ttee and creditor (Doc 58 & 61); Amended Sch C re-adding IC 11-604A (Doc 65); Third Objection to amended exemptions (Doc 80); Amended Sch B/C decreasing value of accts as POE and eliminating 11-207 exemption (Doc 83); Memorandum Decision and Order in favor of Trustee that portion of 529 account is property of the estate and must be turned over (Doc 113 & 114) |
| RE PROP # | 31 | -- | Objection to exemption by ttee and creditor (Doc 46 & 47); Amended Sch C removing IC 55-1011 & 11-604A and adding 75% exempt under IC 11-207 (Doc 54); Second Objections by ttee and creditor (Doc 58 & 61); Amended Sch C re-adding IC 11-604A (Doc 65); Third Objection to amended exemptions (Doc 80); Amended Sch B/C decreasing value of accts as POE and eliminating 11-207 exemption (Doc 83); Memorandum Decision and Order in favor of Trustee that portion of 529 account is property of the estate and must be turned over (Doc 113 & 114) |
| RE PROP # | 34 | -- | uncollectible |
| RE PROP # | 35 | -- | property of business, not of estate |
| RE PROP # | 36 | -- | property of business, not property of estate |
| RE PROP # | 37 | -- | Amended B (Doc 39); sale of Note to Steve Acarregui (Doc Nos 156, 159, 162 & 164) |
| RE PROP # | 39 | -- | Amended Sch B (Doc 83); Report of Sale (Doc 115) |
| RE PROP # | 40 | -- | 100% interest Amended Sch B (Doc 83) |
| RE PROP # | 41 | -- | 100% interest Amended Sch B (Doc 83) |
| RE PROP # | 42 | -- | 100% interest Amended Sch B (Doc 83) |
| RE PROP # | 43 | -- | Regence Property Management, Amended Sch B (Doc 83); refund of 956 after deducting for move out related expenses owed under prepetition contract |
| RE PROP # | 44 | -- | Amended Sch B/C (Doc 83) |
| RE PROP # | 45 | -- | Amended Sch B (Doc 83); same as Asset 38? |
| RE PROP # | 46 | -- | debt listed on Sch D (Doc 1), added asset on Amended Sch B (Doc 83) |
| RE PROP # | 47 | -- | demand ltr sent, pymt rec'd |

Initial Projected Date of Final Report (TFR): 04/28/2017     Current Projected Date of Final Report (TFR): 03/06/2020

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-00839  
Case Name: Julie M. Acarregui  
Taxpayer ID No: XX-XXX1961  
For Period Ending: 07/21/2020  

Trustee Name: Janine P. Reynard  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX5864  
Checking  
Blanket Bond (per case limit): $55,683,398.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/15/17 | 37 | Guaranty Title, Inc.<br>206 South 3rd East<br>Mountain Home ID 83647 | Steve Acarregui note payment | 1221-000 | $1,964.00 | | $1,964.00 |
| 03/20/17 | 47 | Donna Freeman<br>1517 Prairie Rd<br>Mountain Home ID 83647 | insider preference pymt recovery | 1141-000 | $12,000.00 | | $13,964.00 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $13,949.00 |
| 05/12/17 | | Corbett Auctions & Appraisals | net sale proceeds | | $6,606.50 | | $20,555.50 |
| | | | Gross Receipts            $8,288.50 | | | | |
| | | Corbett Auctions & Appraisals<br>PO Box 191261<br>Boise, ID  83719 | Commission and Buyer's Premium            ($1,507.00) | 3610-000 | | | |
| | | Corbett Auctions & Appraisals<br>PO Box 191261<br>Boise, ID  83719 | auctioneer expenses            ($175.00) | 3620-000 | | | |
| | 6 | | 2008 KTM 450 XCRW Motorcycle            $38.50 | 1129-000 | | | |
| | 7 | | 2003 Honda CRF230 Motorcycle            $742.50 | 1129-000 | | | |
| | 9 | | 2006 Artic Cat M7 Snowmobile            $605.00 | 1129-000 | | | |
| | 10 | | 2002 Polaris ATV            $302.50 | 1129-000 | | | |
| | 39 | | Wedding ring            $6,600.00 | 1229-000 | | | |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.08 | $20,535.42 |
| 05/30/17 | | Steven Frost<br>PO Box 682<br>Fairfield ID 83327 | sale proceeds for purchase of personal property | | $4,000.00 | | $24,535.42 |
| | | | Gross Receipts            $4,000.00 | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Page Subtotals: $24,570.50    $35.08

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-00839  
Case Name: Julie M. Acarregui  
Taxpayer ID No: XX-XXX1961  
For Period Ending: 07/21/2020  

Trustee Name: Janine P. Reynard  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX5864  
Checking  
Blanket Bond (per case limit): $55,683,398.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 8 | | 2013 Polaris 800 Pro Snowmobile $3,000.00 | 1129-000 | | | |
| | 11 | | 2008 EX-Go Golf Cart & Trailer $1,000.00 | 1129-000 | | | |
| 05/30/17 | | Julie Acarregui | sale proceeds for purchase of personal property | | $1,200.00 | | $25,735.42 |
| | | | Gross Receipts $1,200.00 | | | | |
| | 11 | | 2008 EX-Go Golf Cart & Trailer $800.00 | 1129-000 | | | |
| | 15 | | Tika 270 Short mag rifle $400.00 | 1129-000 | | | |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.11 | $25,709.31 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.01 | $25,672.30 |
| 07/31/17 | 43 | Regency Property Management of Eagle | Security deposit refund | 1229-000 | $956.00 | | $26,628.30 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.20 | $26,590.10 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.56 | $26,550.54 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.23 | $26,512.31 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.45 | $26,472.86 |
| 11/29/17 | 501 | Angstman Johnson PLLC 3649 N Lakeharbor Lane Boise, ID  83703 | First Interim Payment Application and Order (Doc 124 & 129) | | | $13,608.34 | $12,864.52 |
| | | Angstman Johnson PLLC | Estate attorney fees ($13,105.50) | 3210-000 | | | |

Page Subtotals: $2,156.00    $13,826.90

UST Form 101-7-TDR (10/1/2010) (Page: 14)

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-00839  
Case Name: Julie M. Acarregui  
Taxpayer ID No: XX-XXX1961  
For Period Ending: 07/21/2020  

Trustee Name: Janine P. Reynard  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX5864  
Checking  
Blanket Bond (per case limit): $55,683,398.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Angstman Johnson PLLC | Estate attorney expenses ($502.84) | 3220-000 | | | |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.47 | $12,827.05 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.11 | $12,807.94 |
| 02/13/18 | | Julie Acarregui debtor | nonexempt portion of college savings plans | | $6,886.02 | | $19,693.96 |
| | | | Gross Receipts $6,886.02 | | | | |
| | 29 | | MFN Amer Funds x9369 (Joseph's acct) $2,810.75 | 1129-000 | | | |
| | 30 | | MFN Amer Funds x3741 (Cole's acct) $2,798.46 | 1129-000 | | | |
| | 31 | | MFN Amer Funds x6940 (Camryn's acct) $1,276.81 | 1129-000 | | | |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.06 | $19,674.90 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.48 | $19,653.42 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.24 | $19,624.18 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.26 | $19,595.92 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.16 | $19,566.76 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.18 | $19,538.58 |

Page Subtotals: $6,886.02   $211.96

UST Form 101-7-TDR (10/1/2010) (Page: 15)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-00839 | Trustee Name: | Janine P. Reynard |
| Case Name: Julie M. Acarregui | Bank Name: | Union Bank |
| | Account Number/CD#: | XXXXXX5864 |
| | | Checking |
| Taxpayer ID No: XX-XXX1961 | Blanket Bond (per case limit): | $55,683,398.00 |
| For Period Ending: 07/21/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.07 | $19,509.51 |
| 09/10/18 | 37 | Guaranty Title, Inc. 206 South 3rd East Mountain Home, ID 83647 | note payment | 1221-000 | $1,964.00 | | $21,473.51 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.03 | $21,444.48 |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.84 | $21,414.64 |
| 11/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.86 | $21,382.78 |
| 12/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.79 | $21,351.99 |
| 02/22/19 | 37 | Guaranty Title, Inc 206 South 3rd East Mountain Home ID 83647 | note payment | 1221-000 | $1,964.00 | | $23,315.99 |
| 11/07/19 | | Transfer to Acct # xxxxxx0065 | Transfer of Funds | 9999-000 | | $23,315.99 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $37,540.52 | $37,540.52 |
| Less: Bank Transfers/CD's | $0.00 | $23,315.99 |
| Subtotal | $37,540.52 | $14,224.53 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $37,540.52 | $14,224.53 |

UST Form 101-7-TDR (10/1/2010) (Page: 16)

Page Subtotals: $3,928.00   $23,466.58

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-00839  
Case Name: Julie M. Acarregui  
Taxpayer ID No: XX-XXX1961  
For Period Ending: 07/21/2020  

Trustee Name: Janine P. Reynard  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0065  
Checking  
Blanket Bond (per case limit): $55,683,398.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/19 | | Transfer from Acct # xxxxxx5864 | Transfer of Funds | 9999-000 | $23,315.99 | | $23,315.99 |
| 11/26/19 | 2001 | Rachel A Pulliam<br>Pulliam & Associates, Chartered<br>7235 W Emerald St, Ste A<br>Boise ID 83704 | Estate Accountant Fees<br>Application for Compensation & Order (Doc 151 & 153) | 3410-000 | | $670.00 | $22,645.99 |
| 02/12/20 | | Guaranty Title, Inc.<br>206 South 3rd East<br>Mountain Home ID 83647 | Final Note payment | | $5,250.00 | | $27,895.99 |
| | | | Gross Receipts    $5,400.00 | | | | |
| | | Guaranty Title, Inc.<br>206 South 3rd East<br>Mountain Home, ID 83647 | Title company escrow closing fees    ($150.00) | 2500-000 | | | |
| | 37 | | Note re sale of Praire ID property    $5,400.00 | 1221-000 | | | |
| 02/26/20 | | Julie Acarregui | bank acct funds | | $234.00 | | $28,129.99 |
| | | | Gross Receipts    $234.00 | | | | |
| | 19 | | US Bank checking x9286    $100.00 | 1129-000 | | | |
| | 22 | | US Bank Checking/Savings (Acarregui)    $34.00 | 1129-000 | | | |
| | 24 | | Wells Fargo check x9114 (Benzie)    $100.00 | 1129-000 | | | |
| 05/08/20 | 2002 | Janine P. Reynard<br>PO Box 7506<br>Boise ID 83707 | Distribution | | | $4,964.05 | $23,165.94 |
| | | Janine P. Reynard | Final distribution creditor account # representing a payment of 100.00 % per court order.    ($4,000.00) | 2100-000 | | | |
| | | Janine P. Reynard | Final distribution creditor account # representing a payment of 100.00 % per court order.    ($964.05) | 2200-000 | | | |

Page Subtotals: $28,799.99    $5,634.05

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-00839 | Trustee Name: | Janine P. Reynard |
|---|---|---|---|
| Case Name: | Julie M. Acarregui | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0065 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1961 | Blanket Bond (per case limit): | $55,683,398.00 |
| For Period Ending: | 07/21/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/20 | 2003 | Bank of The West<br>c/o Jonathan Neil & Associates<br>PO Box 7000<br>Tarzana, CA 91357 | Final distribution to claim 2 creditor account #8707 representing a payment of 1.72 % per court order. | 7100-000 | | $74.42 | $23,091.52 |
| 05/08/20 | 2004 | Wellness Capital Management<br>Monte Zwang<br>16500 NE 28th St.<br>Bellevue, WA 98008 | Final distribution to claim 3 creditor account # representing a payment of 1.72 % per court order. | 7100-000 | | $137.53 | $22,953.99 |
| 05/08/20 | 2005 | The Agency Creative Network Inc<br>223 N. 6th St.<br>Ste. 210<br>Boise, ID 83702 | Final distribution to claim 4 creditor account # representing a payment of 1.72 % per court order. | 7100-000 | | $147.97 | $22,806.02 |
| 05/08/20 | 2006 | American Express Bank, FSB<br>c/o Becket And Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Distribution | | | $447.98 | $22,358.04 |
| | | American Express Bank, FSB | Final distribution to claim 5 creditor account #1006 representing a payment of 1.72 % per court order. ($128.70) | 7100-000 | | | |
| | | American Express Bank, FSB | Final distribution to claim 6 creditor account #1004 representing a payment of 1.72 % per court order. ($319.28) | 7100-000 | | | |
| 05/08/20 | 2007 | Greatwest Property Management, LLC<br>3896 N. Woody Ln<br>Boise, ID 83703 | Final distribution to claim 7 creditor account # representing a payment of 1.72 % per court order. | 7100-000 | | $111.73 | $22,246.31 |
| 05/08/20 | 2008 | Meridian CenterCal, L.L.C.<br>c/o Hugh S. Crawford<br>3597 E. Monarch Sky Lane, Ste. 225<br>Meridian, ID 83646 | Final distribution to claim 8 creditor account # representing a payment of 1.72 % per court order. | 7100-000 | | $7,533.66 | $14,712.65 |
| 05/08/20 | 2009 | GreatAmerica Financial Services Corporation<br>ATTN: Peggy Upton<br>P.O. Box 609<br>Cedar Rapids, IA 52406 | Final distribution to claim 9 creditor account # representing a payment of 1.72 % per court order. | 7100-000 | | $897.76 | $13,814.89 |

| | | | Page Subtotals: | | $0.00 | $9,351.05 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-00839 | Trustee Name: | Janine P. Reynard |
| --- | --- | --- | --- |
| Case Name: | Julie M. Acarregui | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0065 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1961 | Blanket Bond (per case limit): | $55,683,398.00 |
| For Period Ending: | 07/21/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/20 | 2010 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Servicing Center<br>MAC Q2132-023<br>PO Box 94423<br>Alburquerque, NM 87199 | Final distribution to claim 10 creditor account #1440, 9114 representing a payment of 1.72 % per court order. | 7100-000 | | $281.46 | $13,533.43 |
| 05/08/20 | 2011 | Wells Fargo Bank, N.A.<br>c/o Kelly Greene McConnell<br>Givens Pursley LLP<br>601 W. Bannock St.<br>Boise, ID 83702 | Final distribution to claim 11 creditor account #various representing a payment of 1.72 % per court order. | 7100-000 | | $13,533.43 | $0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $28,799.99 | $28,799.99 |
| Less: Bank Transfers/CD's | $23,315.99 | $0.00 |
| Subtotal | $5,484.00 | $28,799.99 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,484.00 | $28,799.99 |

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Page Subtotals: $0.00   $13,814.89

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0065 - Checking | $5,484.00 | $28,799.99 | $0.00 |
| XXXXXX5864 - Checking | $37,540.52 | $14,224.53 | $0.00 |
|  | $43,024.52 | $43,024.52 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,832.00 |
| Total Net Deposits: | $43,024.52 |
| Total Gross Receipts: | $44,856.52 |

Page Subtotals:    $0.00    $0.00